# HANRAHAN PACK, LLC
**Counsellors at Law**
80 Grand Avenue, Suite No. 2
River Edge, New Jersey 07661-1914
(201) 525-1011/Telecopier (201) 525-1876

**Thomas B. Hanrahan**
**David J. Pack +**                                                                    +Also Admitted in New York

_____
**Kathy A. Kennedy**

May 3, 2022

<u>*Via CM/ECF*</u>
Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S.P.O. & Courthouse
1 Federal Square, Room 451
Newark, New Jersey 07102

        Re:    **Ivette Rios v. City of Perth Amboy, et als.**
                **Civil Action No. 2:19-cv-19336 SDW/ESK**
                **Our File No. 17-56**

Dear Judge Kiel:

      This office represents Defendants the City of Perth Amboy and William Petrick ("the City Defendants") in connection with the above-referenced matter. Please note that this correspondence is submitted on behalf of all parties. Pursuant to the Court's Order of March 10, 2022 (ECF No. 36), we are writing to advise that on March 30, 2022 the Council of the City of Perth Amboy approved the Resolution authorizing a settlement of this matter and on April 27, 2022 the Garden State Municipal Joint Insurance Fund Commissioner's approved the settlement of this matter.

      Thank you for your invaluable assistance in helping the parties come to amicable resolution of this matter.

                                        Respectfully submitted,

                                        *Kathy A. Kennedy*

                                        KATHY A. KENNEDY
                                        [kkennedy@hanrahanpacklaw.com](mailto:kkennedy@hanrahanpacklaw.com)

KAK:jlo
cc:    Nina A. Ovrutsky, Esq. *(via ECF only)*